Roc.#2014

MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR(S):   COREY RYAN RAMER
             ELIZABETH KAY RAMER

CASE NUMBER:   09-34598:

PLEASE CHECK ONE:

☐   UNCLAIMED DIVIDENDS

☒ DISTRIBUTION LESS THAN $5

| CREDITOR (NAME AND LAST KNOWN ADDRESS) | CLAIM NO. | AMOUNT CLAIMED | DISTRIBUTION AMOUNT |
|---|---|---|---|
| St. Paul Heart Clinic<br>225 Smith Ave. N., Ste. 501<br>Saint Paul, MN  55102-2545 | 4 | $73.89 | $3.27 |

RECEIVED 10 APR 12 AM 10:53 U.S. BANKRUPTCY COURT ST. PAUL, MN

DATE 4/9/2010

_____
TRUSTEE

DISTRIBUTION:
   Original to Clerk of Court

NETWORK NEIGHBORHOOD/PATTI/C/BMSW/WPDOCS/UNCLAIMED DIVIDENDS